```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**LEATRICE BURGESS-LESTER, as**
**Conservator of the Person and**
**Estate of BARBARA JEAN LESTER,**

      **Plaintiff,**

**v.**　　　　　　　　　　//　　**CIVIL ACTION NO. 1:06CV43**
　　　　　　　　　　　　　　　　　　　　**(Judge Keeley)**

**FORD MOTOR COMPANY,**
**a Delaware Corporation,**

      **Defendant.**

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
## FOR TWO DAY FILING EXTENSION

On August 9, 2007, the plaintiff, by counsel, filed her motion to extend the briefing schedule ordered by the Court during the August 1, 2007 <u>Daubert</u> hearing by two business days, from Friday, August 10, 2007 to Tuesday, August 14, 2007. Further, the plaintiff's motion indicates that the defendant has no objection to such an extension so long as it applies equally to both parties. Finding no prejudice to either party or the Court, the Court **GRANTS** the plaintiff's motion (doc. no. 135) and **ORDERS** that the parties' ten (10) page briefs on the issues raised at the <u>Daubert</u> hearing be filed on or before **Tuesday, August 14, 2007**.

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: August 10, 2007.

                                          <u>/s/ Irene M. Keeley</u>
                                          IRENE M. KEELEY
                                          UNITED STATES DISTRICT JUDGE