IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

LEATRICE BURGESS-LESTER, as
Conservator of the Person and
Estate of BARBARA JEAN LESTER,

       Plaintiff,

v.                   //   CIVIL ACTION NO. 1:06CV43
                               (Judge Keeley)

FORD MOTOR COMPANY,
a Delaware Corporation,

       Defendant.

## ORDER DENYING PLAINTIFF'S SECOND MOTION
## FOR EXTENSION OF TIME TO FILE

On August 10, 2007, the Court granted the plaintiff's motion for an extension of time to file a supplemental memorandum regarding Daubert issues. That same day, the plaintiff moved for a second extension of the Court's previously imposed filing deadline. The plaintiff asserts she needs additional time to gather materials. Given that the Court has already granted one extension on the same grounds, it finds no good cause and **DENIES** the plaintiff's second motion for an extension of time. (Doc. No. 136.) Accordingly, the parties supplemental briefs are due on or before **Tuesday, August 14, 2007,** as previously ordered.

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: August 13, 2007.

                        /s/ Irene M. Keeley
                        IRENE M. KEELEY
                        UNITED STATES DISTRICT JUDGE