# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

LEATRICE BURGESS-LESTER, AS
Conservator of the Person and Estate of
BARBARA JENICE LESTER
    Plaintiff(s),

        v.                    (CIVIL)(CRIMINAL) NO: 1:06-CV-43

FORD MOTOR COMPANY,
a Delaware Corporation

    Defendant(s).

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Kathleen A. Clark, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: September 11, 2007

                                            Irene M. Keeley
                                            United States District Judge