# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

LEATRICE BURGESS-LESTER, AS
Conservator of the Person and Estate of
BARBARA JENICE LESTER
      Plaintiff(s),

v.                                                           (CIVIL)(CRIMINAL) NO: 1:06-CV-43

FORD MOTOR COMPANY,
a Delaware Corporation

      Defendant(s).

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Donald H. Dawson, Jr., it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: *September 11, 2007*

                                                    *Irene M. Keeley*
                                                    United States District Judge