```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**LEATRICE BURGESS-LESTER, as**
**Conservator of the Person and**
**Estate of BARBARA JEAN LESTER,**

      **Plaintiff,**

**v.**  //  **CIVIL ACTION NO. 1:06CV43**
                     **(Judge Keeley)**

**FORD MOTOR COMPANY,**
**a Delaware Corporation,**

      **Defendant.**

## ORDER DIRECTING THE PARTIES TO SUBMIT A JOINT
## PROPOSED SCHEDULING ORDER BEFORE SEPTEMBER 20, 2007

For reasons appearing to the Court, the parties to this action are ordered to file with this Court, no later than September 19, 2007, a joint order proposing the scheduling of this case, including suggested trial date.

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: September 18, 2007.

                                          /s/ Irene M. Keeley
                                          IRENE M. KEELEY
                                          UNITED STATES DISTRICT JUDGE