```
     IN THE UNITED STATES DISTRICT COURT
   FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**LEATRICE BURGESS-LESTER, as**
**Conservator of the Person and**
**Estate of BARBARA JEAN LESTER,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　**// CIVIL ACTION NO. 1:06CV43**
　　　　　　　　　　　　　　　　　　**(Judge Keeley)**

**FORD MOTOR COMPANY,**
**a Delaware Corporation,**

    **Defendant.**

### ORDER GRANTING DEFENDANT'S MOTION FOR CONTINUATION OF DEPOSITION FOR DR. JAMES R. MERIKANGAS

During the September 20, 2007 scheduling conference in this case, Ford Motor Company, by counsel, announced its intention to reopen the deposition of Dr. James R. Merikangas to explore 1) his opinion, first disclosed at the August 1, 2007 Daubert hearing, that Barbara Jean Lester met the West Virginia standard for "insanity" as it pertains to the tolling of the statute of limitations under W.Va. Code § 55-2-15; and 2) any opinion he may hold regarding the damages of the plaintiff. The Plaintiff did not oppose the motion.

Finding good cause, the Court **ORDERED** that Defendant may reopen the deposition of Dr. Merikangas for the purpose stated at the hearing.

**BURGESS-LESTER V. FORD MOTOR CO.**                                    **1:06CV43**

**ORDER GRANTING DEFENDANT'S MOTION FOR CONTINUANCE
OF DEPOSITION OF DR. JAMES R. MERIKANGAS**

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: September 20, 2007.

                                           /s/ Irene M. Keeley
                                           IRENE M. KEELEY
                                           UNITED STATES DISTRICT JUDGE